| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| L. Bishop Austin<br>L. BISHOP AUSTIN & ASSOCIATES<br>3250 WILSHIRE BLVD., STE 1500<br>LOS ANGELES, CA 90010<br>(213) 388-4939 Fax: (213)388-2411<br>California State Bar Number: 175497<br>☒ Attorney for: Debtor<br>☐ Pro Se Debtor | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-52504-AA |
|---|---|
| In re<br><br>Lottie B Garrett<br><br><br><br>Debtor(s). | **DECLARATION SETTING FORTH POSTPETITION, PRECONFIRMATION DEED OF TRUST PAYMENTS**<br><br>**LOCAL BANKRUPTCY RULE 3015-1(m)** |

I, Lottie B Garrett        *(Debtor's name)*, hereby declare:

1. I am the debtor in this chapter 13 bankruptcy case that was filed on 10/04/2010.

2. I am the owner of real property[1] at the following street address:

   3819 W 59th Street,

   Los Angeles CA 90043                                                          (the "Property").

3. The Property is encumbered by the following deeds of trust:

   a. First deed of trust in favor of Wachovia Mortgage.

   b. Second deed of trust in favor of ____ *(if applicable)*.

   c. Third deed of trust in favor of ____ *(if applicable)*.


*(Continued on next page)*

---

[1] A separate declaration shall be filed and served for each parcel of real property owned by the Debtor(s).

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                       **F 3015-1.4**
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                             Best Case Bankruptcy

Case 2:10-bk-52504-AA    Doc 17    Filed 12/20/10    Entered 12/20/10 11:45:45    Desc
Main Document    Page 2 of 5

Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments    F 3015-1.4
Local Bankruptcy Rule 3015-1(m) - Page 2 of 4

| In re | | CHAPTER 13 |
|---|---|---|
| Lottie B Garrett | | |
| | Debtor(s). | CASE NUMBER 2:10-bk-52504-AA |

4. The following are the postpetition deed of trust payments[2] up to the date of plan confirmation (the "Payments") that I have caused to be mailed/delivered[3] to the appropriate deed of trust holder (the "Creditor")[4]:

| Creditor | Payment Amount | Due Date[5] | Date Mailed/Delivered |
|---|---|---|---|
|  | $1,595.16 | 1-15th November 2010 | 11/12/2010 |
| Wachovia Mortgage | $1,600.37 | 1-15th December 2010 | 12/02/2010 |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| Creditor |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

5. The Payments were in the form of money order, cashier's check, wire transfer, or other certified funds payable to the appropriate Creditor and had written on each item my name, the bankruptcy case number and the appropriate loan number.

(Continued on next page)

---

[2]Postpetition deed of trust payments are payments that first become due after the bankruptcy filing date.

[3]A U.S. Postal Service Certificate of Mailing, stamped by a Postal Service employee, must be obtained for each mailed Payment and copies of the Certificates of Mailing must be attached. If Payments are not mailed, Debtor must state how the Payments were delivered to the deed of trust holder and must provide documents that prove that the Payments have been delivered. For example, a copy of a statement, signed by the deed of trust holder's representative, acknowledging receipt of the Payment(s), would provide such proof.

[4]Attach additional pages if necessary.

[5]"Due Date" refers to the last day the Payment can be paid without a late charge penalty.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                Best Case Bankruptcy

Case 2:10-bk-52504-AA    Doc 17    Filed 12/20/10    Entered 12/20/10 11:45:45    Desc
Main Document    Page 3 of 5

Declaration Setting Forth Postpetition Preconfirmation Deed of Trust Payments
Local Bankruptcy Rule 3015-1(m) - Page 3 of 4

F 3015-1.4

| In re | | CHAPTER 13 |
|---|---|---|
| Lottie B Garrett | | |
| | Debtor(s). | CASE NUMBER 2:10-bk-52504-AA |

6. Attached to this declaration are copies of the:

   ☐ cashier's checks,   ☐ money orders,   ☐ certified funds, or

   ☒ other proof of the Payments described in Paragraph 4 above.

7. Also attached to this declaration are copies of the:

   ☐ U. S. Post Office Certificate(s) of Mailing, stamped by a U. S. Postal Service employee,

   ☐ acknowledgment(s) signed by the Creditor's representative, or

   ☒ other documents that prove delivery of the Payments described in Paragraph 4 above.

   I declare under penalty of perjury that the foregoing is true and correct.

Date December 20, 2010          Signature *Lottie B Garrett*
                                         Lottie B Garrett
                                         Debtor

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 3015-1.4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy



December 2010
Mortgage

November 2010
mortgage pmt

